CAUSE NO. 73657

THE STATE OF TEXAS                      300th District Court
vs                                      of                      FILED IN
                                                                14th COURT OF APPEALS
Elizabeth Gardner                       Brazoria County, Texas   HOUSTON, TEXAS

12/11/2015 10:33:20 AM
                NOTICE OF ASSIGNMENT ON APPEAL    CHRISTOPHER A. PRINE
                                                                Clerk

        ON THE 10th day of November, 2015, the defendant in the above styled and numbered

cause excepted to the order of the Court in said cause and gave Notice of Appeal to the Court of

Appeals, Fourteenth Judicial District.


Date of Judgment or Other Order Appealed From: 11/10/15

Date of Sentencing:   11/10/15

Name of Trial Court Judge:    K. Randall Hufstetler

Name of Court Reporter:      Renee Rape

Name and Address of Defense Attorney on Appeal:
                        Elizabeth Gardner, Pro Se
                        9001 Airport Blvd., Suite 201
                        Houston, Texas 77061

Name and Address of Attorney for the State on Appeal:
                        Jeri Yenne, District Attorney
                        Brazoria County Courthouse
                        111 East Locust, Suite 408-A
                        Angleton, TX  77515

Defendant Incarcerated?      No

Motion for New Trial Filed?  No

Appeal Bond: No      Date  N/A

Offense and Punishment: ASSAULT PUBLIC SERVANT; FOUR (4) YEARS TDCJ-ID
(SUSPENDED, PLACED ON COMMUNITY SUPERVISION)

                                RHONDA BARCHAK, District Clerk

                                By /S/ Kathleen McDougald, Deputy


Appeal Notice of Assignment

## NO. 73657

| | |
|---|---|
| **STATE OF TEXAS** | §   **IN THE DISTRICT COURT** |
| | § |
| **vs.** | §   **300ᵗʰ JUDICIAL DISTRICT** |
| | § |
| **ELIZABETH GARDNER** | §   **BRAZORIA COUNTY, TEXAS** |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Elizabeth Gardner, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Elizabeth Gardner.

Respectfully submitted,

FILED
at 10:45 o'clock A M.

NOV 12 2015

Clerk of District Court Brazoria Co., Texas
BY_____DEPUTY

The Morin Law Firm
118 W. Sealy
Alvin, Texas 77511
Tel: (281) 229-5883
Fax: (281) 596-7204

By:_____
Phillip J. Morin
State Bar No. 24046479
Attorney for Elizabeth Gardner

## CERTIFICATE OF SERVICE

This is to certify that on November 12, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Brazoria County, by hand delivery.

_____
Phillip J. Morin